UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:10-cr-472-T-23TBM

JAMES B. LOFTUS, JR.
_____/

**FORFEITURE MONEY JUDGMENT**

Loftus pleaded guilty to Count One of an information charging "conspiracy to commit honest services mail fraud" in violation of 18 U.S.C. § 1349, and the United States has established that Loftus obtained $287,562.00 in proceeds as a result of the offense.

The United States moves (Doc. 18), pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for entry of a forfeiture money judgment in the amount of $287,562.00. The motion for entry of a forfeiture money judgment is **GRANTED**. Pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, Loftus is personally liable for a forfeiture money judgment in the amount of $287,562.00.

The United States may seek, as substitute assets in satisfaction of this judgment, forfeiture of any of the defendant's property up to the value of the $287,562.00 money

judgment, pursuant to the provisions of 21 U.S.C. § 853(p) and 32.2(e), Federal Rules of Criminal Procedure.

Jurisdiction is retained to entertain any third-party claim that may be asserted and to enter any order necessary to the forfeiture and disposition of any of the defendant's property that the United States may seek as substitute assets.

ORDERED in Tampa, Florida, on January 14, 2011.

*[signature]*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE